| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | George L Shannon<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8111<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_ \_ \_ \_<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | Northern District of Illinois | |
| Case number: | 24–01681 | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

George L Shannon

May 6, 2024

**For the court:** Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 24-01681-JSB
George L Shannon Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: admin Page 1 of 3
Date Rcvd: May 06, 2024 Form ID: 318 Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol    Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | George L Shannon, 7116 Westwood Dr, Carpentersville, IL 60110-3267 |
| 30651192 | + | 605lending, PO Box 305, Flandreau, SD 57028-0305 |
| 30651194 | | Alexian Brothers Medical Center, P.O. Box 5588, Belfast, ME 04915-5500 |
| 30651199 | + | Bison Green, 1365 Business Park Dr, Suite 200, Orem, UT 84058-2303 |
| 30651200 | + | Bright Lending, 125 Fairfield Way, Bloomingdale, IL 60108-1597 |
| 30651203 | + | Certified Services Inc, Attn: Bankruptcy Dept, 1300 N Skokie Highway, Ste 103a, Gurnee, IL 60031-2144 |
| 30651205 | + | Check N Go, 1909 N Manheim Rd, Melrose Park, IL 60160-1012 |
| 30651220 | + | Green Trust Loans, 9620 S Las Vegas Blvd, Las Vegas, NV 89123-6507 |
| 30651222 | + | Illinois Department of Human Servic, PO Box 19407, Springfield, IL 62794-9407 |
| 30651224 | | Kevin Mortell, 18210 Walden Office Square, Schaumburg, IL 60173 |
| 30651226 | + | Laksehore Gastroenterology & Liver, 1 Erie Ct, Suite 3100, Oak Park, IL 60302-2566 |
| 30651227 | | Lend Green, 221 Lac Du Flambeau, Lac Du Flambeau, WI 54538 |
| 30651230 | + | Maria Shannon, 7116 Westwood Dr, Carpentersville, IL 60110-3267 |
| 30651234 | | Money Messiah, PO Box 1469, 132B Arena Road, Lot 110 Kahnawke, Quebec QC JOL 1Bo |
| 30651236 | + | Net Cash man, 304 S jones blvd #2975, Las Vegas, NV 89107-2623 |
| 30651237 | + | North Cash Loans, PO Box 498, Hays, MT 59527-0498 |
| 30651238 | | Oak Lawn Medical, 4307 95th St, Oak Lawn, IL 60453 |
| 30651240 | ++ | READYSETGO FINANCE, PO BOX 582, SANTA ROSA CA 95402-0582 address filed with court:, Ready Set Go Finance, PO Box 582, Santa Rosa, CA 95402 |
| 30651241 | | Sherman Hospital, Elgin, IL |
| 30651242 | + | Speedy Cash IL, 3611 N Ridge Rd, Wichita, KS 67205-1214 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 30651196 | | Email/Text: accountresolution@ascendloans.com | May 06 2024 22:14:00 | Ascend Loans, 635 East Highway 20, Upper Lake, CA 95485 |
| 30651197 | + | EDI: ATTWIREBK.COM | May 07 2024 02:04:00 | AT&T, c/o Bankruptcy, 4331 Communications Dr, Dallas, TX 75211-1300 |
| 30651193 | + | Email/Text: bkinfo@ccfi.com | May 06 2024 22:15:00 | Ad Astra Recovery, 7330 West 33rd Street North, Suite 118, Wichita, KS 67205-9370 |
| 30651195 | + | Email/Text: bankruptcy@ldf-holdings.com | May 06 2024 22:15:00 | Amplify Funding, PO Box 542, Lac Du Flambeau, WI 54538-0542 |
| 30651198 | + | EDI: TSYS2 | May 07 2024 02:04:00 | Barclay, PO Box 60517, City of Industry, CA 91716-0517 |
| 30651201 | + | Email/Text: bseaboy@buffalolakelending.com | May 06 2024 22:15:00 | Buffalo Lake Lending, PO Box 254, Fort Thompson, SD 57339-0254 |

| District/off: 0752-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 06, 2024 | Form ID: 318 | Total Noticed: 56 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 30651206 | Email/Text: accountmanagement@clearairlending.com | May 06 2024 22:14:00 | Clear Air Lending, PO Box 1429, Nice, CA 95464 |
| 30651209 | Email/Text: cfcbackoffice@contfinco.com | May 06 2024 22:14:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 30651208 | Email/Text: cfcbackoffice@contfinco.com | May 06 2024 22:14:00 | Continental Finance Co, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 30651202 | + EDI: CAPITALONE.COM | May 07 2024 02:04:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 30651204 | + Email/Text: contact@csicollects.com | May 06 2024 22:15:00 | Certified Services Inc., PO Box 177, Waukegan, IL 60079-0177 |
| 30651207 | + EDI: PHINGENESIS | May 07 2024 02:04:00 | Concora Credit, PO Box 4477, Beaverton, OR 97076-4401 |
| 30651211 | + Email/PDF: creditonebknotifications@resurgent.com | May 06 2024 22:31:40 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 30651212 | + Email/PDF: creditonebknotifications@resurgent.com | May 06 2024 22:20:10 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 30651213 | + EDI: PHINGENESIS | May 07 2024 02:04:00 | Desint/Concora Credit, PO Box 4477, Beaverton, OR 97076-4401 |
| 30651214 | + Email/Text: bknotice@ercbpo.com | May 06 2024 22:15:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 30651215 | ^ MEBN | May 06 2024 22:11:21 | Explore Credit, PO Box 260269, Atlanta, GA 31126-0269 |
| 30651216 | + EDI: BLUESTEM | May 07 2024 02:04:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 30651217 | + EDI: AMINFOFP.COM | May 07 2024 02:04:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 30651218 | + EDI: PHINGENESIS | May 07 2024 02:04:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 30651219 | + Email/Text: accountservices@greenarrowloans.com | May 06 2024 22:15:00 | Green Arrow Loans, P.O. Box 170, Finley, CA 95435-0170 |
| 30651221 | + Email/Text: bkynotice@harvardcollect.com | May 06 2024 22:15:00 | Harvard Collection, Attn: Bankruptcy, 4839 N Elston Ave., Chicago, IL 60630-2589 |
| 30651223 | + EDI: PHINGENESIS | May 07 2024 02:04:00 | Indigo MAstercard, Gensis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 30651225 | + Email/Text: PBNCNotifications@peritusservices.com | May 06 2024 22:14:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 30651233 | Email/Text: ml-ebn@missionlane.com | May 06 2024 22:14:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 30651229 | + Email/Text: mail@ldf-holdings.com | May 06 2024 22:14:00 | Makwa Financial, PO Box 343, Lac Du Flambeau, WI 54538-0343 |
| 30651231 | + Email/Text: bankruptcydpt@mcmcg.com | May 06 2024 22:15:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 30651232 | EDI: PHINGENESIS | May 07 2024 02:04:00 | Milestone/Concora Credit, PO Box 84059, Columbus, GA 31908-4059 |
| 30651235 | + Email/Text: bankruptcy@ncaks.com | May 06 2024 22:14:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 30651239 | + Email/Text: bankruptcy@ldf-holdings.com | May 06 2024 22:15:00 | Quick Help Loans, 597 Peace Pipe Road, PO Box 294, Lac Du Flambeau, WI 54538-0294 |
| 30651243 | Email/Text: support@spirerecoverysolutions.com | May 06 2024 22:14:58 | Spire Recovery Solution, 57 Canal St., Suite 302, Lockport, NY 14094 |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 30651244 | + | EDI: TCISOLUTIONS.COM | May 07 2024 02:04:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 30651245 | | Email/Text: bankruptcytn@wakeassoc.com | May 06 2024 22:14:00 | Wakefield & Associates, PO Box 59003, Knoxville, TN 37950 |
| 30651246 | | EDI: WFFC | May 07 2024 02:04:00 | Wells Fargo Home Mortgage, PO Box 10355, Des Moines, IA 50306-0355 |
| 30651247 | + | Email/Text: bk@worldacceptance.com | May 06 2024 22:15:39 | World Finance, PO Box 6429, Greenville, SC 29606-6429 |
| 30651248 | + | Email/Text: bankruptcy@ldf-holdings.com | May 06 2024 22:15:00 | Z funds, PO Box 763, Lac Du Flambeau, WI 54538-0763 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 30651228 | | Lutheran General |
| 30651210 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 30651249 | ##+ | ZenResolve, 4720 E Cotton Gin Loop #135, Phoenix, AZ 85040-8850 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David H Cutler | on behalf of Debtor 1 George L Shannon cutlerfilings@gmail.com  r48280@notify.bestcase.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Thomas E Springer | tspringer@springerbrown.com  IL85@ecfcbis.com;mspringer@springerbrown.com;ecf.alert+springer@titlexi.com |

TOTAL: 3